**700**

CATES, Judge.

This is altogether like its companion case on appeal, ante p. 64, 152 So.2d 148, except that the original conviction here was on an indictment for robbing a taxicab driver.

The circuit court dismissed the petition for coram nobis on the basis of the hearing in the companion case.

We see no reason to overturn the judgment below.

Affirmed.

174 So.2d 705

**James Douglas PURCELL**

**v.**

**STATE.**

**5 Div. 633.**

Court of Appeals of Alabama.

April 27, 1965.

James Douglas Purcell, pro se.

Richmond M. Flowers, Atty. Gen., and Peter M. Lind, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Reversed and remanded on authority of Brown v. State, 277 Ala. 353, 170 So.2d 504.

155 So.2d 535

**Hilliard A. SANDERS**

**v.**

**STATE.**

**3 Div. 149.**

Court of Appeals of Alabama.

May 14, 1963.

Rehearing Denied June 4, 1963.

Hilliard A. Sanders, pro se.

Richmond M. Flowers, Atty. Gen., for the State.

CATES, Judge.

Affirmed. See ante p. 67, 152 So.2d 439.

Certiorari denied by Supreme Court 155 So.2d 535 (3 Div. 85, 85A).

162 So.2d 496

**T. H. SCOTT**

**v.**

**STATE.**

**8 Div. 919.**

Court of Appeals of Alabama.

Jan. 28, 1964.

Rehearing Denied Feb. 18, 1964.